IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Fierst,                                          :
                                                       :
            Plaintiff,                                 :
                                                       :   Case Number: 1:15cv649
                                                       :
      vs.                                              :
                                                       :   Judge Susan J. Dlott
Ohio Attorney General's Office,                        :
                                                       :
            Defendant.                                 :

## JUDGMENT IN A CIVIL CASE

Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

IT IS ORDERED AND ADJUDGED

that Defendant, the Ohio Attorney General's Office, retaliated against Plaintiff, David Fierst, by terminating him in violation of 42 U.S.C. § 2000e-3(a) and, accordingly, Defendant is liable to Plaintiff in the amounts of $155,000.00 in compensatory damages and $155,000.00 in actual damages.  Based on the jury's verdict in favor of Plaintiff, the Court ORDERS that Plaintiff be reinstated to the position he held immediately prior to his termination by Defendant.

. . .

9/28/17                                                RICH NAGEL, CLERK

                                                       _Bill Miller_____
                                                       Deputy Clerk